# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

STATE OF WASHINGTON,      )      No. 78744-6-I
     )
         Respondent,      )
     )
       v.      )
     )
JONATHON PATRICK RIDDLE,      )      UNPUBLISHED OPINION
     )
         Appellant.      )      FILED: September 16, 2019
_____ )

PER CURIAM — Jonathon Riddle appeals a sentence condition imposed following his conviction for first degree child molestation. He contends, and the State concedes, that a community custody condition requiring him to "not frequent areas where minor children are known to congregate, as defined by the supervising Community Corrections Officer" is unconstitutionally vague. The parties agree that this issue is controlled by this court's decision in State v. Irwin, 191 Wn.App. 644, 654-55, 364 P.3d 830 (2015). Accordingly, we remand for the court to either strike or modify condition 4 in Appendix 4.2 to Riddle's judgment and sentence. See Irwin, 191 Wn.App. at 654-55; State v. Wallmuller, 4 Wn.App.2d 698, 701-04, 423 P.3d 282 (2018), *review granted*, 192 Wn.2d 1009 (2019).

FOR THE COURT:

_Leach, J._

_Mann, A.C.J._

_Dwyer, J._